IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin Edward Satathite, ) | No. CV 10-487-TUC-RCC |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| A. Davenport, et al., ) | |
| Respondents. ) | |

On January 12, 2011, the Honorable Jennifer C. Guerin, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Doc.14). The Recommendation advised the Court to DENY the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to Title 28, U.S.C. § 2254 (Doc. 1)

The Court considers the Recommendation to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Guerin. Therefore

**IT IS HEREBY ORDERED** that the Court adopts Magistrate Judge Guerin's Report and Recommendation (Doc. 14).

...

...

...

1  **IT IS FURTHER ORDERED** that the Petitioner's Petition is DENIED.

2  DATED this 31st day of January, 2011.

_____
Raner C. Collins
United States District Judge